## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 38 EM 2022
THOMAS MCGINLEY, SUPERINTENDENT, :
:
Respondents :
:
:
:
v. :
:
:
GERALD HALL JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of October, 2022, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Habeas Corpus, and the Motion to Amend the Petition for Writ of Habeas Corpus are DENIED.